UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JAYSON GALEANO,                                       :   24 Civ. 7832 (KMK)
                     Plaintiff,                    :
                                                :   **ORDER AUTHORIZING THE**
       - against -                                       :   **DEPOSITION OF AN**
                                                  :   **INCARCERATED INDIVIDUAL**
RYAN BOWERS, Individually, GREG WACHTER,              :
Individually, DANIEL MARTINETTI, Individually,        :
                                                  :
                        Defendants.                   :
------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of Plaintiff JAYSON GALEANO, DIN No. 17A4883, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility where Plaintiff may be located, upon notice to Plaintiff and the Superintendent of the correctional facility where he is then located.

SO ORDERED:

_____
Hon. Kenneth M. Karas, U.S.D.J.

8/18/25