KCR

KLEIN CIVIL RIGHTS

September 20, 2026

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re: *Jayson Galeano v. Ryan Bowers, et al.*, 24 CV 7832 (KMK)

Dear Judge Karas:

I represent the plaintiff in the above-referenced civil rights action. I write with Mr. Blaustein's consent to request an adjournment of the telephonic status conference scheduled for September 23, 2026, at 11:00 AM. The reason for this request is that I have a previously scheduled deposition in a federal wrongful death matter that is anticipated to last most of the day.

I thus request an adjournment to a date that is convenient for the Court. In this regard, I am scheduled to start a trial at the 500 Pearl Street courthouse during the week of September 28, 2026, and will be unavailable most if not all of that week.

Thank you for your consideration.

Granted. The conference is adjourned to 10/ 5 /26, at 11:00 via teleconference
So Ordered.
9/21/26

Respectfully submitted,

Brett Klein

Brett H. Klein

cc: Samuel A. Blaustein, Assistant Attorney General (by ECF)

**Brett H. Klein, Esq., PLLC · 233 Broadway, Suite 1720 · New York, New York 10279**
**(T): 212-335-0132 · (F): 212-335-0571**